UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Jorge Foch                                              Case No: 15-12113-AJC
                                                        Chapter 13

_____Debtor_____/

### DEBTOR'S NOTICE OF CHANGE OF ADDRESS

COMES NOW the Debtor, Jorge Foch, by and through his undersigned counsel and files this Notice of Change of address:

Debtor's new address is:

2477 West 87th Street

Apt. 202

Hialeah, FL 33016

I HEREBY CERTIFY that a true and correct copy of the Notice of Change of Address was uploaded via cm/ecf on this 1st day of May 2015.
.

Robert Sanchez, Esq.

355 West 49 Street
Hialeah, FL 33012
Tel. (305)-687-8008

By: _/s/ Robert Sanchez_____
Robert Sanchez, Esquire
FBN#0442161