**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Jorge Foch                                     Case No. 15-12113-AJC

                                                      Chapter 13

_____Debtor(s)___/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

      **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

      **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

      **If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

      **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

☐    301 North Miami Avenue, Room 150, Miami, FL 33128

☐

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 3 | Wells Fargo Bank, N.A. | $51,781.31 | On or about May 14, 2015, Creditor filed a secured proof of claim in the amount of $51,781.31 and an arrearage in the amount of $1,557.00. Debtor requests the claim be allowed as filed with no distribution from the Chapter 13 Trustee. |

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true copy of the foregoing was sent on <u>August 17, 2016</u> electronically to Nancy Neidich, Trustee and mailed to:

Wells Fargo Bank, N.A.
Edward L Chisolm, VP Loan Documentation
1 Home Campus MAC X2303-01A
Des Moines, IA 50328
HEQBANKRUPTCYCH13@wellsfargo.com

Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Home Mortgage
c/o Mike Heid, CEO
One Home Campus,
Des Moines, IA 50328-0001

## CERTIFICATE OF ADMISSION

     **I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                        Respectfully Submitted:

                                        **Robert Sanchez, P.A.**
                                        Attorney for Debtor
                                        355 West 49th Street
                                        Hialeah, FL 33012
                                        Tel. 305-687-8008
                                        Fax. 305-512-9701

                                        By: /s/ Robert Sanchez_____
                                            [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).