# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST Modified plan

DEBTOR: Jorge Foch          JOINT DEBTOR:                    CASE NO.: 15-12113-AJC
Last Four Digits of SS# 1517          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.   $ 438.39   for months  1 to 20    ; in order to pay the following creditors:
    B.   $ 336.79   for months 21 to 60    ; in order to pay the following creditors:

<u>Administrative</u>:     Attorney's Fee - $ 3650 + $525 Motion to Modify = 4175 TOTAL PAID $ 1500
                     Balance Due $ 2675
                     payable $ 107.50/month (Months 1 to 20); payable $ 262.50/month (Months 21 to 22)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                    Arrearage on Petition Date $
Address:                   Arrears Payment    $_____/month (Months ____ to ____)
                           Regular Payment    $_____/month (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None                Total Due $_____
                       Payable $_____/month (Months ____ to ____) Regular Payment $_____

<u>Unsecured Creditors</u>: Pay $ 318.53/month (Months 1 to 20); Pay $ 40.61/month (Months 21 to 22); and Pay $ 303.11 /month (Months 23 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.
Attorney for Debtor                                    Joint Debtor
Date: 10/24/2016                                       Date:

LF-31 (rev. 01/08/10)