

**ORDERED in the Southern District of Florida on October 24, 2016.**

_____

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Jorge Foch                                   Case No. 15-12113-AJC

                                                    Chapter 13


_____        Debtor(s)   /

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF WELLS FARGO BANK, NA [# 3]

      This matter having been considered without hearing  upon the Debtor's Objection to Claim[s] of Wells Fargo Bank, NA [# 3] [DE #_41___], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered  the basis for the objection to the claim,  it is

**ORDERED** that Debtor's objection[s] to the following claim[s] is [are] sustained:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| Wells Fargo Bank, NA | [# 3] | Allow the secured claim as filed with no distribution from the Chapter 13 Trustee. |

***###***

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).