UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Jorge Foch                                                Case No: 15-12113-AJC
                                                          Chapter 13


_____Debtor_____/

## DEBTOR'S NOTICE OF CHANGE OF ADDRESS

COMES NOW the Debtor, Jorge Foch, by and through his undersigned counsel and files this Notice of Change of address:

Debtor's new address is:

2477 West 78th Street

Apt. 202

Hialeah, FL 33016

I HEREBY CERTIFY that a true and correct copy of the Notice of Change of Address was uploaded via cm/ecf on this 26th day of October 2016.

.

Robert Sanchez, Esq.

355 West 49 Street
Hialeah, FL 33012
Tel. (305)-687-8008

By:   */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161